IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:05-CV-0226-F |
| ) | WO |
| TALLAPOOSA COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 16, 2005 (Doc. 3), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against the Tallapoosa County Jail are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Tallapoosa County Jail is dismissed from this cause of action.

3. The remaining claims for relief against defendants Abbott, McMichael and Moss are referred back to the Magistrate Judge for appropriate proceedings.

Done this 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE